# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ELIAS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELMER J. PELLEGRINO, et al.,<br><br>　　　　　　Respondents. | Case No. SACV 10-1677-RGK (JEM)<br><br>**JUDGMENT** |

In accordance with the Order Adopting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: September 9, 2011

_R. GARY KLAUSNER_
UNITED STATES DISTRICT JUDGE